B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>**Anesthesia Healthcare Partners, Inc.** | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-3005520** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3079 Peachtree Industrial Blvd.**<br>**Duluth, GA**<br>ZIP Code **30097** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gwinnett** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Anesthesia Healthcare Partners, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Anesthesia Healthcare Partners, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Theodore N. Stapleton**
Signature of Attorney for Debtor(s)

**Theodore N. Stapleton 675850**
Printed Name of Attorney for Debtor(s)

**Theodore N. Stapleton, P.C.**
Firm Name

**Ste 100-B**
**2802 Paces Ferry Road**
**Atlanta, GA 30339**
Address

Email: **tstaple@tstaple.com**
**770-436-3334  Fax: 404-935-5344**
Telephone Number

**May 15, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sean M. Lynch**
Signature of Authorized Individual

**Sean M. Lynch**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**May 15, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Anesthesia Healthcare Partners, Inc.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Corporate<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336 | American Express Corporate<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336 | Medical Supplies | | 72,255.11 |
| Anthem BCBS<br>Maildrop VA 4004-RR10<br>Richmond, VA 23230 | Anthem BCBS<br>Maildrop VA 4004-RR10<br>Richmond, VA 23230 | Over Payment/<br>Patient Refunds | | 221,000.00 |
| Cigna<br>PO Box 2625<br>Del Mar, CA 92014 | Cigna<br>PO Box 2625<br>Del Mar, CA 92014 | Patient Refund | | 6,697.20 |
| City of Duluth<br>3167 Main St<br>Duluth, GA 30096 | City of Duluth<br>3167 Main St<br>Duluth, GA 30096 | Occupancy Tax | | 12,550.00 |
| Dr Dobson<br>555 N Bell Avenue S<br>Suite 102<br>Carnegie, PA 15106 | Dr Dobson<br>555 N Bell Avenue S<br>Suite 102<br>Carnegie, PA 15106 | Deffered Stipend | | 36,083.32 |
| Dr Hoffman<br>5850 Dexter Drive<br>Dallas, TX 75230 | Dr Hoffman<br>5850 Dexter Drive<br>Dallas, TX 75230 | Deffered Stipend | | 13,333.32 |
| Dwayne Alan Maultsby<br>198 Crater Woods Court<br>Petersburg, VA 23805 | Dwayne Alan Maultsby<br>198 Crater Woods Court<br>Petersburg, VA 23805 | lawsuit | Contingent<br>Unliquidated<br>Disputed | 75,000.00 |
| Elite Resources | Elite Resources | Breach of Letter of Engagement | | 332,000.00 |
| GE Hlthcr IITS USA<br>15724 Collections Center Drive<br>Chicago, IL 60693 | GE Hlthcr IITS USA<br>15724 Collections Center Drive<br>Chicago, IL 60693 | Software Maintenance | | 3,008.82 |
| Greg Wachowiak<br>1109 Pristine Place<br>Alpharetta, GA 30022 | Greg Wachowiak<br>1109 Pristine Place<br>Alpharetta, GA 30022 | Settlement Agreement | | 1,500,000.00 |
| HBI Anesthesia Services<br>3079 Peachtree Ind Blvd<br>Duluth, GA 30097 | HBI Anesthesia Services<br>3079 Peachtree Ind Blvd<br>Duluth, GA 30097 | Locum Expense | | 39,213.24 |

B4 (Official Form 4) (12/07) - Cont.

In re **Anesthesia Healthcare Partners, Inc.**      Case No. _____

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| IPFS Corporation<br>PO Box 730223<br>Dallas, TX 75373 | IPFS Corporation<br>PO Box 730223<br>Dallas, TX 75373 | Insurance | | 29,793.57 |
| MD Solutions<br>One Westinghouse Plaza<br>Suite 201<br>Boston, MA 02136 | MD Solutions<br>One Westinghouse Plaza<br>Suite 201<br>Boston, MA 02136 | Account | | 130,000.00 |
| Medkinetics LLC<br>124 First Ave S<br>Franklin, TN 37064 | Medkinetics LLC<br>124 First Ave S<br>Franklin, TN 37064 | Software | | 3,154.00 |
| Per-Se Technologies<br>5995 Windward Parkway<br>Alpharetta, GA 30005 | Per-Se Technologies<br>5995 Windward Parkway<br>Alpharetta, GA 30005 | Consulting-$234,929.57<br>Billing Service-$209,706.52 | | 444,636.09 |
| Pueblo Endoscopy Suites LLC<br>1600 N. Grand Avenue Ste 420<br>Pueblo, CO 81003 | Pueblo Endoscopy Suites LLC<br>1600 N. Grand Avenue Ste 420<br>Pueblo, CO 81003 | Prepaid Expenses | | 84,216.19 |
| Sean M. Lynch<br>4504 Whitestone Way<br>Suwannee, GA 30024 | Sean M. Lynch<br>4504 Whitestone Way<br>Suwannee, GA 30024 | Deffered Tax Distribution | | 94,097.80 |
| Sean M. Lynch<br>4504 Whitestone Way<br>Suwannee, GA 30024 | Sean M. Lynch<br>4504 Whitestone Way<br>Suwannee, GA 30024 | Deffered Payroll | | 83,333.32 |
| SS Healthcare Strategies<br>1385 Kemper Meadow Drive<br>Cincinnati, OH 45240 | SS Healthcare Strategies<br>1385 Kemper Meadow Drive<br>Cincinnati, OH 45240 | Patient Refunds | | 6,120.00 |
| Sunbelt Office Products<br>5150 Peachtree Industrial Blvd<br>Norcross, GA 30071 | Sunbelt Office Products<br>5150 Peachtree Industrial Blvd<br>Norcross, GA 30071 | Office Expense | | 7,008.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **May 15, 2014**            Signature    **/s/ Sean M. Lynch**
                                                                                  **Sean M. Lynch**
                                                                                  **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Anesthesia Healthcare Partners, Inc.**            ,          Case No. _____
                                   Debtor
                                                                        Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sean Lynch**<br>**4504 Whitestone Way**<br>**Suwannee, GA 30024** | **common stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 15, 2014**                           Signature  **/s/ Sean M. Lynch**
                                                             **Sean M. Lynch**
                                                             **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Anesthesia Healthcare Partners, Inc.**                                    Case No.
                              Debtor(s)                                             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 15, 2014**                     **/s/ Sean M. Lynch**
                                            **Sean M. Lynch**/**CEO**
                                            Signer/Title

```
A Superior Answering Service
311 North Main Street
Madison, GA 30650



ADP, Inc
PO Box 842875
Boston, MA 02284



Airgas South
PO Box 532609
Atlanta, GA 30353



American Express Corporate
P.O. Box 360001
Fort Lauderdale, FL 33336



Anthem BCBS
Maildrop VA 4004-RR10
Richmond, VA 23230



Cigna
PO Box 2625
Del Mar, CA 92014



City of Duluth
3167 Main St
Duluth, GA 30096



Coastal Anesthesia, P.A.
c/o Jason W. Peterson, Esq.
125 West Romana St.; Ste 800
Pensacola, FL 32502



Crystal Springs
PO BOX 660579
Dallas, TX 75266
```

```
CT Corporation
PO Box 4349
Carol Stream, IL 60197



De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101



Dr Dobson
555 N Bell Avenue S
Suite 102
Carnegie, PA 15106



Dr Hoffman
5850 Dexter Drive
Dallas, TX 75230



Dwayne Alan Maultsby
198 Crater Woods Court
Petersburg, VA 23805



Elite Resources



GE Hlthcr IITS USA
15724 Collections Center Drive
Chicago, IL 60693



Greg Wachowiak
1109 Pristine Place
Alpharetta, GA 30022



Guardian
P.O. Box 677458
Dallas, TX 75267
```

```
HBl Anesthesia Services
3079 Peachtree Ind Blvd
Duluth, GA 30097



Ichter Thomas
3340 Peachtree Road NE
Atlanta, GA 30326



IPFS Corporation
PO Box 730223
Dallas, TX 75373



MD Solutions
One Westinghouse Plaza
Suite 201
Boston, MA 02136



Medical Maintenance Consult
4295 International Blvd, Ste C
Norcross, GA 30093



Medkinetics LLC
124 First Ave S
Franklin, TN 37064



Medpoint Inc
12013 SW 129 Court
Miami, FL 33186



Per-Se Technologies
5995 Windward Parkway
Alpharetta, GA 30005



Pueblo Endoscopy Suites LLC
1600 N. Grand Avenue Ste 420
Pueblo, CO 81003
```

```
Rodney Moore
70 Lee Street
Rockmart, GA 30153



Sean M. Lynch
4504 Whitestone Way
Suwannee, GA 30024



Sean M. Lynch
4504 Whitestone Way
Suwannee, GA 30024



Sedgwick Claims Mgmt Services
36392 Treasury Center
Chicago, IL 60694



SS Healthcare Strategies
1385 Kemper Meadow Drive
Cincinnati, OH 45240



Standard Office Systems
2475 Meadowbrook Parkway
Duluth, GA 30096



Sunbelt Office Products
5150 Peachtree Industrial Blvd
Norcross, GA 30071



Sunbelt Printing
1691 Sands Place
Marietta, GA 30067



Suntrust Bank
303 Peachtree Street, NE
23rd Floor; attn S.Shrivastava
Atlanta, GA 30308
```

```
Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108
```