IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 14-59631 |
| **ANESTHESIA HEALTHCARE PARTNERS, INC.,** | : : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| IN RE: | : | |
| | : | Case No. 14-59632 |
| **AHP ASSOCIATES OF TEXAS, P.A.,** | : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| IN RE: | : | |
| | : | Case No. 14-59633 |
| **AHP OF CENTRAL GEORGIA, P.C.,** | : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 14-59634 |
| **AHP OF ILLINOIS, INC.,** | : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| IN RE: | : | |
| | : | Case No. 14-59635 |
| **AHP OF NORTH CAROLINA, INC.,** | : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| IN RE: | : | |
| | : | Case No. 14-59636 |
| **AHP OF NORTHWESTERN LOUISIANA, LLC,** | : : | |
| | : | Chapter 11 |
| Debtor. | : | |

| | |
|---|---|
| IN RE: | :<br>:<br>: Case No. 14-59637 |
| AHPM OF GEORGIA, INC., | :<br>: Chapter 11 |
| Debtor. | : |

| | |
|---|---|
| IN RE: | :<br>:<br>: Case No. 14-59639 |
| ANESTHESIA HEALTHCARE PARTNERSOF FLORIDA, INC,.INC., | :<br>:<br>: Chapter 11 |
| Debtor. | : |

| | |
|---|---|
| IN RE: | :<br>:<br>: Case No. 14-59640 |
| HBL ANESTHESIA SERVICE, LLC, | :<br>: Chapter 11 |
| Debtor. | : |

**MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CASES UNDER RULE 1015 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

COME NOW the Debtors in the above-captioned Chapter 11 cases (the "Debtors"), and hereby file this their Motion for Order Authorizing Joint Administration of Related Cases Under Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Motion Seeking Joint Administration"). In support of the Motion Seeking Joint Administration, the Debtors show the Court as follows:

**Jurisdiction**

1.

This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Introduction and Background**

2.

Debtors each filed voluntary petitions for relief on May 15, 2014 (the "Petition Date"). Debtors continue to manage their assets and operate their businesses as debtors-in-possession, no trustee having been appointed. No Official Creditors Committee has yet been appointed in this case.

3.

Since 1998, AHP has been in the business of providing anesthesia management and other related business services to health care entities such as hospitals, private clinics and ambulatory service centers through its network of contracted providers and industry recognized leaders throughout many states across the country.

4.

Prior to the hearing on the first-day motions, the Debtors intend to have Sean M. Lynch, the Debtors' Chief Executive Officer, file an Affidavit in Support of First Day Motions (the "Affidavit") which will contain a more detailed description of the businesses, assets and indebtedness of the Debtors.

**Relief Requested**

5.

Debtors seek an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure authorizing the joint administration of the Chapter 11 cases of Anesthesia Healthcare Partners, Inc., AHPM of Georgia, Inc., AHP of Central Georgia, P.C., AHP of Northwestern Louisiana, LLC, AHP of North Carolina, Anesthesia Healthcare Partners of Florida, Inc., AHP Associates of Texas, P.A., MedFinancial, LLC, AHP of Illinois, Inc. and HBL Anesthesia Service,

LLC.  Debtors propose that all cases be administered under the case number of the Anesthesia Healthcare Partners, Inc., the Debtors' management company.  Joint administration of the ten  (10) cases is for procedural purposes only.  Nothing in this Motion Seeking Joint Administration is intended or should be construed as seeking substantive consolidation of the cases.

### Basis for Relief Requested

6.

Rule 1015(b) of the Federal Rules of Bankruptcy Procedure allows the Court to order the joint administration of a debtor and one or more affiliates and provides, in pertinent part, as follows:

(b) **Cases Involving Two or More Related Debtors**. If a joint petition or two or more petitions are pending in the same court by or against...(4) a debtor and an affiliate, the court may order a joint administration of the estates.

7.

Joint administration is a method commonly used to facilitate efficient administration of bankruptcy cases and reduce their overall costs. As explained in the Official Committee Note to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure:

Joint administration as distinguished from consolidation may include combining the estates by using a single docket for the matters occurring in the administration, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other purely administrative matters that may aid in expediting the cases and rendering the process less costly.

8.

Joint administration would significantly reduce the cost of administering the Debtors' cases

by eliminating unnecessary paperwork, duplicate filings, and noticing costs.  Also, by jointly administering the cases, one docket will be maintained thus eliminating confusion which may exist if several dockets are maintained for related cases. Additionally, the Court and the Bankruptcy Court Clerk will be relieved of the burden of entering duplicative orders, motions and maintaining duplicative files.

9.

Joint administration is only procedural and does not impact or impair any creditors' substantive rights. *See In re N.S. Garrott & Sons* 63 B.R. 189, 191 (Bankr. E.D. Ark. 1986).  The relief requested herein will not create a conflict of interest between the creditors of different estates. Each creditor or party-in-interest will maintain whatever rights it may have against a particular estate against which it is asserting a claim.

10.

Joint administration will promote and assist with the orderly and efficient administration of these bankruptcy cases and substantially reduce administrative costs without impairing or prejudicing the substantive rights of creditors.

11.

Notice of the Motion Seeking Joint Administration has been served on the Office of the United States Trustee for the Northern District of Georgia.  Debtors submit that given the procedural nature of the relief sought herein such notice is sufficient and no further notice is required.

12.

No previous motion requesting the relief sought herein has been filed.

WHEREFORE, Debtors respectfully request that the Court (a) grant the Motion Seeking

Joint Administration in their bankruptcy cases by ordering that each case be administered under the Anesthesia Healthcare Partners, Inc. case number; (b) enter an order in substantially the same form attached hereto as "Exhibit A" providing for joint administration of the five cases; and (c) grant such further relief as the Court deems just and proper.

      Respectfully submitted this 19th day of May, 2014.

                                      THEODORE N. STAPLETON, PC
                                      /s/ Theodore N. Stapleton
                                      Theodore N. Stapleton
                                        Georgia Bar No. 675850
                                        Attorneys for Anesthesia Healthcare Partners, Inc.

Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339
Telephone: (770) 436-3334
tstaple@tstaple.com

**EXHIBIT A FOLLOWS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 14-59631** |
| **ANESTHESIA HEALTHCARE PARTNERS, INC.,** | : : | |
| | : | **Chapter 11** |
| Debtor. | : | |
| | : | |
| **IN RE:** | : | |
| | : | **Case No. 14-59632** |
| **AHP ASSOCIATES OF TEXAS, P.A.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |
| | : | |
| **IN RE:** | : | |
| | : | **Case No. 14-59633** |
| **AHP OF CENTRAL GEORGIA, P.C.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |
| | | |
| **IN RE:** | : | |
| | : | **Case No. 14-59634** |
| **AHP OF ILLINOIS, INC.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |
| | : | |
| **IN RE:** | : | |

|                                       |   |                      |
|---------------------------------------|---|----------------------|
| **AHP OF NORTH CAROLINA, INC.,**      | : | Case No.  14-59635   |
|                                       | : |                      |
|                                       | : | **Chapter 11**       |
| Debtor.                               | : |                      |

|                                       |   |                      |
|---------------------------------------|---|----------------------|
| **IN RE:**                            | : |                      |
|                                       | : | Case No.  14-59636   |
| **AHP OF NORTHWESTERN LOUISIANA, LLC,** | : |                    |
|                                       | : | **Chapter 11**       |
| Debtor.                               | : |                      |

|                                       |   |                      |
|---------------------------------------|---|----------------------|
| **IN RE:**                            | : |                      |
|                                       | : | Case No.  14-59637   |
| **AHPM OF GEORGIA, INC.,**            | : |                      |
|                                       | : | **Chapter 11**       |
| Debtor.                               | : |                      |

|                                       |   |                      |
|---------------------------------------|---|----------------------|
| **IN RE:**                            | : |                      |
|                                       | : | Case No.  14-59639   |
| **ANESTHESIA HEALTHCARE PARTNERSOF FLORIDA, INC,.INC.,** | : |  |
|                                       | : | **Chapter 11**       |
| Debtor.                               | : |                      |

|                                       |   |                      |
|---------------------------------------|---|----------------------|
| **IN RE:**                            | : |                      |
|                                       | : | Case No.  14-59640   |
| **HBL ANESTHESIA SERVICE, LLC,**      | : |                      |
|                                       | : | **Chapter 11**       |
| Debtor.                               | : |                      |

**ORDER AUTHORIZING JOINT ADMINISTRATION**

The above-referenced Chapter 11 bankruptcy cases are before the Court on the Motions for Order Authorizing Joint Administration of Related Cases Under Rule 1015 of the Federal Rules of Bankruptcy Procedure ("Joint Administration Motions") filed by the Debtors.  In the Joint Administration Motions, the Debtors requested authorization under Rule 1015 of the

Federal Rules of Bankruptcy Procedure to jointly administer the above-referenced bankruptcy cases.  After reviewing the Joint Administration Motions, the Court has concluded that the Joint Administration Motions and the relief requested therein are appropriate. Accordingly, the Joint Administration Motions are hereby GRANTED.

**IT IS FURTHER ORDERED** that these Chapter 11 cases shall be jointly administered under the case name **Anesthesia Healthcare Partners, Inc. , Case No.  14-59631** in accordance with

Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and

**IT IS FURTHER ORDERED** that the joint caption shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 14-59631** |
| **ANESTHESIA HEALTHCARE PARTNERS, INC.,** | : : | |
| | : | **Chapter 11** |
|     Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| **IN RE:** | : | |
| | : | **Case No.  14-59632** |
| **AHP ASSOCIATES OF TEXAS, P.A.,** | : | |
| | : | **Chapter 11** |
|     Debtor. | : | |

| | | |
|---|---|---|
| | : | |
| **IN RE:** | : | |
| | : | **Case No. 14-59633** |
| **AHP OF CENTRAL GEORGIA, P.C.,** | : | |
| | : | **Chapter 11** |
|     Debtor. | : | |

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No.  14-59634** |
| **AHP OF ILLINOIS, INC.,** | : | |

|  |  |  |
|---|---|---|
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

|  |  |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : |  |
|  | : | Case No.  14-59635 |
| **AHP OF NORTH CAROLINA, INC.,** | : |  |
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

|  |  |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : |  |
|  | : | Case No.  14-59636 |
| **AHP OF NORTHWESTERN LOUISIANA, LLC,** | : |  |
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

|  |  |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : |  |
|  | : | Case No.  14-59637 |
| **AHPM OF GEORGIA, INC.,** | : |  |
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

|  |  |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : |  |
|  | : | Case No.  14-59639 |
| **ANESTHESIA HEALTHCARE PARTNERSOF FLORIDA, INC,.INC.,** | : |  |
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

|  |  |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : |  |
|  | : | Case No.  14-59640 |
| **HBL ANESTHESIA SERVICE, LLC,** | : |  |
|  | : | **Chapter 11** |
| **Debtor.** | : |  |

**IT IS FURTHER ORDERED** that all original docket entries shall be made in the case of

**Anesthesia Healthcare Partners, Inc. , Case No.  14-59631**, and a docket entry shall be made in the

AHPM of Georgia, Inc., AHP of Central Georgia, P.C., AHP of Northwestern Louisiana, LLC, AHP

of North Carolina, Anesthesia Healthcare Partners of Florida, Inc., AHP Associates of Texas, P.A., MedFinancial, LLC, AHP of Illinois, Inc. and HBL Anesthesia Service, LLC cases substantially as follows:

In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered in the case authorizing the joint administration of this case with the Chapter 11 case of Anesthesia Healthcare Partners, Inc. , Case No.  14-59631.

**IT IS FURTHER ORDERED** that a separate claims register shall be maintained in each case; and

**IT IS FURTHER ORDERED** that counsel for the Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in the Debtors' cases.

**END OF DOCUMENT**

**Prepared and presented by:**
THEODORE N. STAPLETON, PC

 /s/ Theodore N. Stapleton
Theodore N. Stapleton
Georgia Bar No. 675850
Proposed  Attorneys for Debtors

Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339
Telephone: (770) 436-3334
tstaple@tstaple.com

### DISTRIBUTION LIST

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Jesse H. Austin, III, Esq.
King & Spalding, LLP

          1180 Peachtree Street
          Atlanta, GA 30309-3521

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing pleading by depositing a copy of same in the United States Mail in a properly addressed envelope, with sufficient postage affixed thereto, on the following:

          United States Trustee
          362 Richard Russell Building
          75 Spring Street, S.W.
          Atlanta, Georgia 30303

          Jesse H. Austin, III, Esq.
          King & Spalding, LLP
          1180 Peachtree Street
          Atlanta, GA 30309-3521

This 19th day of May, 2014.

          /s/ Theodore N. Stapleton
          THEODORE N. STAPLETON
          Georgia Bar No. 675850