**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 14-59631** |
| **ANESTHESIA HEALTHCARE** | : | |
| **PARTNERS, INC.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No.  14-59632** |
| **AHP ASSOCIATES OF TEXAS, P.A.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No. 14-59633** |
| **AHP OF CENTRAL GEORGIA, P.C.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No.  14-59634** |
| **AHP OF ILLINOIS, INC.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Case No.  14-59635** |
| **AHP OF NORTH CAROLINA, INC.,** | : | |
| | : | **Chapter 11** |
| Debtor. | : | |

:

1

IN RE:                              :
                                    :        Case No.  14-59636
**AHP OF NORTHWESTERN**             :
**LOUISIANA, LLC,**                 :
                                    :        Chapter 11
    Debtor.     :

---

IN RE:                              :
                                    :        Case No.  14-59637
**AHPM OF GEORGIA, INC.,**          :
                                    :        Chapter 11
    Debtor.     :

---

IN RE:                              :
                                    :        Case No.  14-59639
**ANESTHESIA HEALTHCARE**           :
**PARTNERSOF FLORIDA, INC,.INC.,**  :
                                    :        Chapter 11
    Debtor.     :

---

IN RE:                              :
                                    :        Case No.  14-59640
**HBL ANESTHESIA SERVICE, LLC,**    :
                                    :        Chapter 11
    Debtor.     :

---

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL
AND TO PROVIDE ADEQUATE PROTECTION THEREFORE
AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**

**COME NOW** Anesthesia Healthcare Partners, Inc., and its above-named  affiliates,

debtors and debtors-in-possession herein, ("AHP" or "Debtors") pursuant to 11 U.S.C.

§363(c)(2) and Federal Rule of Bankruptcy Procedure 4001(b), move this Court for entry of an

Order authorizing the Debtors' use of cash collateral and providing adequate protection

therefore.  AHP respectfully show this Court as follows:

1.

2

AHP filed its voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 15, 2014, and is managing its assets and operating its business as debtor-in-possession, no trustee having been appointed.  No Official Creditors Committee has yet been appointed in this case.

2.


Since 1998, AHP has been in the business of providing anesthesia management and other related business services to health care entities such as hospitals, private clinics and ambulatory service centers through its network of contracted providers and industry recognized leaders throughout many states across the country.

3.

All assets of the Debtors have been pledged to SunTrust Bank in its capacity as administrative agent for the Lender (the "Administrative Agent")("Lender").  The Debtors estimate that the total outstanding principal loan balances as of the Petition Date owing to Lender on its Term Loans total $4,500.000.00 and on its Revolving Loans total $4,000,000.00, in addition to forced penalties and fees imposed by SunTrust in excess of $100,000.00 for its forbearance. (hereinafter the "Lender Debt").  Lender asserts liens upon and security interests (hereinafter the "Lender Lien") against all assets of the Debtors, including accounts receivable owned by the Debtors, and the proceeds thereof, and against Debtors' inventory, equipment and fixtures (hereinafter the "Collateral").

4.

The accounts receivable, cash and proceeds thereof portion of the Collateral may

3

constitute "cash collateral" as that term is defined in 11 U.S.C. §363(a).

5.

In the course of operating their businesses, the Debtors incurs certain operating expenses which are necessary for the continued operation of such businesses. The Debtors also generate accounts receivable and proceeds, which may constitute cash collateral in which Lender may assert an interest.  Annexed hereto as Exhibit "A" is a projected weekly budget of Debtors' operations for 13 weeks.

6.

Unless authorized to use the Cash Collateral in the ordinary course of business, the Debtors' operations will be impaired and Debtors' ability to reorganize will be jeopardized.

7.

As adequate protection for any interest Lender may have in cash collateral, the Debtors propose:

A.  That Lender be granted a security interest in and lien upon Debtors' post-petition accounts receivable and proceeds to the same extent and priority as its pre-petition lien and interest in its pre-petition collateral;

B.  Continuation of the lien and security interest held by Lender in its pre-petition Collateral; and

C.  Provision of Debtors' monthly operating reports are required by the United States Trustee and filed with this Court.

8.

An Order Authorizing Use of Cash Collateral and Providing Adequate Protection, along

with the Budget, which as of the filing of this Motion has not been fully reviewed by Lender,

will be discussed with Lender and Debtors anticipates an order will be presented at or prior to the

hearing on this Motion.

WHEREFORE,  Debtors move this Court for the entry of an Order authorizing Debtors'

use of cash collateral, and for such other and further relief as may be equitable, proper and just.

### REQUEST FOR EMERGENCY PRELIMINARY RELIEF

9.

Debtors has an immediate need for the use of cash collateral for critical operating

expenses prior to the scheduling of a final hearing on this Motion.

10.

Unless authorized to use cash collateral during the mandatory fifteen (15) day period

prior to a final hearing on this Motion, Debtors' operations will be immediately harmed and

Debtors' ability to reorganize significantly impaired.

11.

Conduct of an emergency preliminary hearing on this Motion and interim authorization

of Debtors' use of cash collateral, in accordance with Exhibit "A" attached hereto, are imperative

to Debtors' reorganization efforts and continuity of Debtors' business operations.

12.

Prior to the hearing on this Motion, the Debtors intend to have Sean M. Lynch, the

Debtors' Chief Executive Officer, file an Affidavit in Support of First Day Motions (the

"Affidavit") which will contain a more detailed description of the businesses, assets and

indebtedness of the Debtors.

5

WHEREFORE, Debtors requests that this Court schedule an emergency preliminary hearing on this Motion and authorize Debtors' use of cash collateral on an interim basis, pending the final hearing on this Motion.

Respectfully submitted this 19th day of May, 2014.

THEODORE N. STAPLETON, PC

 /s/ Theodore N. Stapleton   
Theodore N. Stapleton
Georgia Bar No. 675850
Proposed Attorneys for Debtors

Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339
Telephone: (770) 436-3334
tstaple@tstaple.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing pleading by depositing a copy of same in the United States Mail in a properly addressed envelope, with sufficient postage affixed thereto, on the following:

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Jesse H. Austin, III, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

This 19th day of May, 2014.

  /s/ Theodore N. Stapleton
THEODORE N. STAPLETON
Georgia Bar No. 675850

## **EXHIBIT "A" FOLLOWS**

**Anesthesia Healthcare Partners Inc.  13 week budget**

| | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/23/2014 | 5/30/2014 | 6/6/2014 | 6/13/2014 | 6/20/2014 | 6/27/2014 | 7/4/2014 | 7/11/2014 | 7/18/2014 | 7/25/2014 | 8/1/2014 | 8/8/2014 | 8/15/2014 | 13 Weeks |
| Patient Collections | 282,543.29 | 282,543.29 | 347,543.29 | 302,321.32 | 302,321.32 | 302,321.32 | 347,321.32 | 302,321.32 | 302,321.32 | 302,321.32 | 302,321.32 | 302,321.32 | 302,321.32 | 3,980,843.07 |
| Subsidy and Drug and Supply Income | | | 51,398.00 | | | | 51,398.00 | | | | 51,398.00 | | | 154,194.00 |
| Total Revenue | 282,543.29 | 282,543.29 | 398,941.29 | 302,321.32 | 302,321.32 | 302,321.32 | 398,719.32 | 302,321.32 | 302,321.32 | 302,321.32 | 353,719.32 | 302,321.32 | 302,321.32 | 4,135,037.07 |
| **CRNA Providers** | | | | | | | | | | | | | | |
| Total Providers CRNA Providers Expense | 204,867.14 | | 204,867.14 | | 204,867.14 | | | 204,867.14 | | 204,867.14 | | 204,867.14 | | 1,229,202.84 |
| **MD Providers** | | | | | | | | | | | | | | |
| Total MD Providers Expense | | | | 343,088.75 | | | | 343,088.75 | | | | 343,088.75 | | 1,029,266.25 |
| Locum Expense | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 130,000.00 |
| **Other Direct Cost for Sites** | | | | | | | | | | | | | | |
| Billing Fees | | | | | | 20,000.00 | | | | | | | | 20,000.00 |
| Shipping Expense and Forms | | 2,259.00 | | | | 2,259.00 | | | | 2,259.00 | | | | 6,777.00 |
| Drugs and Supplies | | 33,054.00 | | | | 33,054.00 | | | | 33,054.00 | | | | 99,162.00 |
| Rent | | | | 26,429.00 | | | 26,429.00 | | | | | 26,429.00 | | 79,287.00 |
| Total Other Direct Cost for Sites | | 35,313.00 | | | | 55,313.00 | | | | 35,313.00 | | | | 125,939.00 |
| Total Sites Cost | 214,867.14 | 45,313.00 | 214,867.14 | 353,088.75 | 214,867.14 | 65,313.00 | 10,000.00 | 557,955.89 | 10,000.00 | 250,180.14 | 10,000.00 | 557,955.89 | 10,000.00 | 2,514,408.09 |
| **Salaries and Wages Employees** | | | | | | | | | | | | | | |
| **Total Salaries and Wage Expense** | - | 109,678.56 | - | 47,178.56 | - | - | 109,678.56 | - | 47,178.56 | - | 109,678.56 | - | 47,178.56 | 470,571.36 |
| **Total Site and Employee Wages** | 214,867.14 | 154,991.56 | 214,867.14 | 400,267.31 | 214,867.14 | 65,313.00 | 119,678.56 | 557,955.89 | 57,178.56 | 250,180.14 | 119,678.56 | 557,955.89 | 57,178.56 | 2,984,979.45 |

**Anesthesia Healthcare Partners Inc.  13 week budget**

| Overhead Expenses | Week Ending 5/23/2014 | Week Ending 5/30/2014 | Week Ending 6/6/2014 | Week Ending 6/13/2014 | Week Ending 6/20/2014 | Week Ending 6/27/2014 | Week Ending 7/4/2014 | Week Ending 7/11/2014 | Week Ending 7/18/2014 | Week Ending 7/25/2014 | Week Ending 8/1/2014 | Week Ending 8/8/2014 | Week Ending 8/15/2014 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3077 & 3079 Rent | | | 8,900.00 | | | 8,900.00 | | | | | 8,900.00 | | | 26,700.00 |
| 401K Match | 606.00 | | 606.00 | | 606.00 | | 606.00 | | 606.00 | | | 606.00 | | 3,636.00 |
| ADP | | 130.00 | | 200.00 | | 130.00 | | 200.00 | | 130.00 | | 200.00 | | 990.00 |
| American Express Corporate | | 10,000.00 | | | | | | | | 20,000.00 | | | | 30,000.00 |
| AMEX Travel ins | | | | 30.00 | | | 30.00 | | | | | | 30.00 | 90.00 |
| AT&T | | | | 400.00 | | | | | 400.00 | | | | 400.00 | 1,200.00 |
| AT&T Mobility | | | | 1,500.00 | | | | | 1,500.00 | | | | 1,500.00 | 4,500.00 |
| Bank Fees | 16,000.00 | | | | | 16,000.00 | | | | 16,000.00 | | | | 48,000.00 |
| Beacon Info Systems | | 1,500.00 | | | | 1,500.00 | | | | 1,500.00 | | | | 4,500.00 |
| Blue Grace Shipping | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,600.00 |
| Century Link | | | | | 155.00 | | | | 155.00 | | | | 155.00 | 465.00 |
| Cisco Capital | | 4,400.00 | | | | 4,400.00 | | | | 4,400.00 | | | | 13,200.00 |
| Citadel Security | | | | 120.00 | | | | | 120.00 | | | | 120.00 | 360.00 |
| Cobb EMC | | | | 600.00 | | | | | 600.00 | | | | 600.00 | 1,800.00 |
| Cobb Water | | | | | 75.00 | | | 75.00 | | | | | | 150.00 |
| Crescent Park | | | | 683.72 | | | | | 683.72 | | | | 683.72 | 2,051.16 |
| Crystal Springs | 180.00 | | | | 180.00 | | | 180.00 | | | | | | 540.00 |
| De Lage Landen | | | 2,600.00 | | | | 2,600.00 | | | | | 2,600.00 | | 7,800.00 |
| Direct TV | | | 145.00 | | | | 145.00 | | | | | 145.00 | | 435.00 |
| Employee Expense Checks | 8,057.52 | | | | | 5,000.00 | | | | 5,000.00 | | | | 18,057.52 |
| G&S Rent | 11,000.00 | | 11,000.00 | | | 11,000.00 | | | | 11,000.00 | | | | 44,000.00 |
| GA Power | | | | | 1,000.00 | | | | 1,000.00 | | | | | 2,000.00 |
| Gas South | | | | | 285.00 | | | | 285.00 | | | | 285.00 | 855.00 |
| GE Capital | | 5,300.00 | | | | 5,300.00 | | | | 5,300.00 | | | | 15,900.00 |
| GE HealthCare | | | | 4,000.00 | | | | 4,000.00 | | | | | 4,000.00 | 12,000.00 |
| Guardian | | | 1,332.35 | | | | 1,332.35 | | | 1,332.35 | | | 1,332.35 | 5,329.40 |
| Imperial Premium Financing | | 13,066.27 | | | | 13,066.27 | | | | 13,066.27 | | | | 39,198.81 |
| Iron Mountain | | | | 363.48 | | | | | 363.48 | | | | 363.48 | 1,090.44 |
| IT Firm | | | | | | 5,000.00 | | | | 5,000.00 | | | | 10,000.00 |
| Lincoln Life | | | 584.70 | | | | 584.70 | | | | 584.70 | | | 1,754.10 |
| MD Solutions | | | 15,000.00 | | | | 15,000.00 | | | | 15,000.00 | | | 45,000.00 |
| Medical Maintenance | | 1,342.80 | | | | | | | | | | | | 1,342.80 |
| MedKinetics | | | | 1,577.00 | | | | 1,577.00 | | | | 1,577.00 | | 4,731.00 |
| Medpoint | | 1,362.00 | | | | | | | | | | | | 1,362.00 |
| Mills & Hoopes | | | | | 10,000.00 | | | | 10,000.00 | | | | | 20,000.00 |
| Miscellaneous | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,250.00 |
| NY Life | | 615.25 | | | | 615.25 | | | | | 615.25 | | | 1,845.75 |
| Quality Technology | | | | 3,400.00 | | | | 3,400.00 | | | | 3,400.00 | | 10,200.00 |
| Rodney Moore- lawn care | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,300.00 |
| Scana Energy | | 700.00 | | | | | 700.00 | | | | | 700.00 | | 2,100.00 |
| SOS | 484.46 | | | 600.00 | | | | 600.00 | | | | 600.00 | | 2,284.46 |
| Sunbelt Office | | | 1,000.00 | | | | 1,000.00 | | | | | 1,000.00 | | 3,000.00 |
| Sunbelt Printing | | 1,360.00 | | | | 500.00 | | | | | 500.00 | | | 2,360.00 |
| SunTrust Interest | | | | 49,583.34 | | | | | 49,583.34 | | | | | 99,166.68 |
| Superior Answering Service | | 72.00 | | | | 72.00 | | | | 72.00 | | | | 216.00 |
| Tax Distribution | | 23,538.00 | | | 23,538.00 | | | | | | 23,538.00 | | | 70,614.00 |
| Ted Stapleton, Attorney | | | | | | 10,000.00 | | | | 10,000.00 | | | | 20,000.00 |
| UHC | | | 15,000.00 | | | | 15,000.00 | | | | 15,000.00 | | | 45,000.00 |
| Verizon Wireless | | | | | 1,600.00 | | | | 1,600.00 | | | | 1,600.00 | 4,800.00 |
| Windstream | | | | 6,500.00 | | | | | 6,500.00 | | | | 6,500.00 | 19,500.00 |
| **Total Overhead Expenses** | 36,877.98 | 57,321.07 | 60,733.30 | 72,707.54 | 4,451.00 | 89,756.27 | 60,733.30 | 12,957.00 | 63,946.54 | 110,011.27 | 57,667.05 | 5,993.25 | 24,119.55 | 657,275.12 |
| Net Cash After Expense | 30,798.17 | 70,230.66 | 123,340.85 | (170,653.53) | 83,003.18 | 147,252.05 | 218,307.46 | (268,591.57) | 181,196.22 | (57,870.09) | 176,373.71 | (261,627.82) | 221,023.21 | 492,782.50 |
| Net Cash After Expense Cummulative | 30,798.17 | 101,028.83 | 224,369.68 | 53,716.15 | 136,719.33 | 283,971.38 | 502,278.84 | 233,687.27 | 414,883.49 | 357,013.40 | 533,387.11 | 271,759.29 | 492,782.50 | 492,782.50 |

**Note**

In week 3 money from insurance companies not worked by McKesson is part of the increase in collections of 65,000

In week 7 money from insurance companies not worked by McKesson is part of the increase in collections of another 45,000