**IT IS ORDERED as set forth below:**



**Date: July 7, 2014**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANESTHESIA HEALTHCARE | : | |
| PARTNERS, INC., | : | Case No. 14-59631-wlh |
| AHP ASSOCIATES OF TEXAS, P.A. | : | Case No. 14-59632-wlh |
| AHP OF CENTRAL GEORGIA, P.C. | : | Case No. 14-59633-wlh |
| AHP OF ILLINOIS, INC. | : | Case No. 14-59634-wlh |
| AHP OF NORTH CAROLINA, INC. | : | Case No. 14-59635-wlh |
| AHP OF NORTHWESTERN | : | |
| LOUISIANA, LLC | : | Case No. 14-59636-wlh |
| AHPM OF GEORGIA, INC. | : | Case No. 14-59637-wlh |
| ANESTHESIA HEALTHCARE | : | |
| PARTNERS OF FLORIDA, INC. | : | Case No. 14-59639-wlh |
| HBL ANESTHESIA SERVICE, LLC | : | Case No. 14-59640-wlh |
| MEDFINANCIAL, LLC | : | Case No. 14-59641-wlh |
| (Jointly Administered under Anesthesia | : | |
| Healthcare Partners, case no. 14-59631) | : | |
| | : | |

**ORDER AUTHORIZING DEBTORS-IN-POSSESSION'S
EMPLOYMENT OF ATTORNEY**

The Court having read and considered the application of AHPM of Georgia, Inc., AHP of

Central Georgia, P.C., AHP of Northwestern Louisiana, LLC, AHP of North Carolina,

Anesthesia Healthcare Partners of Florida, Inc., AHP Associates of Texas, P.A., MedFinancial,

1

LLC, AHP of Illinois, Inc., and HBL Anesthesia Service, LLC  ("Debtors"), debtors and debtors-in-possession in the above-referenced bankruptcy cases filed on June 4, 2014 requesting authority to employ Theodore N. Stapleton, P.C. ("Law Firm") to serve as attorney for the Debtors in these cases. [Doc No. 40]  No notice of hearing is necessary.  A copy of the application was served upon the U.S. Trustee, the Debtor and Counsel for the Debtor.  Debtors show this employment is necessary and in the best interests of the estates.  Accordingly, it is hereby

ORDERED that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, Debtors are authorized to employ the Law Firm to serve as attorney to render professional services to Debtors in these cases under the terms set forth in the Debtor's application, nunc pro tunc as of May 15, 2014.  No payment of fees or reimbursement of expenses to the Law Firm shall be made without approval of this Court.

ORDERED FURTHER the Debtors are directed to serve this Order AND the application to employ Theodore N. Stapleton, P.C., along with the Rule 2014 Verified Statement attached to the application, on the United States Trustee, Debtors, Counsel for the Debtors, the creditors listed on the List of the Twenty Largest Creditors, filed in the cases and any interested party having filed a request for notices in the cases.  Debtors' counsel shall file a certificate of service within three days of entry of this Order.

ORDERED FURTHER this Order is entered subject to the objection of the U.S. Trustee, any creditor or other interested party in the cases, which objection shall be filed on or before twenty-one (21) days from the date of entry of this Order.  All objections must also be served so as to be received on or before such date by: (I)  counsel to the Debtors, Theodore N. Stapleton, P.C., Suite 100-B, 2802 Paces Ferry Road, Atlanta, GA 30339, (ii) counsel to Suntrust Bank, Jesse H. Austin, III, Esq., and Michelle J. Kim, Esq., King & Spalding, LLP, 1180 Peachtree Street, Atlanta, GA 30309- 3521; and (iii) the Office of the United States Trustee, 362 Richard Russell Federal Bldg, 75 Spring Str., SW, Atlanta, GA 30303. Objections not timely filed may not be considered by the Court.

**END OF DOCUMENT**

Prepared by:

/s/ Theodore N. Stapleton
Theodore N. Stapleton
Georgia Bar No. 675850
Attorney for Debtors-In-Possession

Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339
Telephone: (770) 436-3334
Facsimile: (404) 935-5344
tstaple@tstaple.com

DISTRIBUTION LIST

Theodore N. Stapleton, Esq.
Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Anesthesia Healthcare Partners, Inc.
3079 Peachtree Industrial Blvd.
Duluth, Georgia 30097